1002

[No. 58400-6-I.   Division One.   December 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK L. GORDON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-02257-9, Jay V. White, J., entered May 22, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58637-8-I.   Division One.   December 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. E.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-05484-2, Philip G. Hubbard, Jr., J., entered July 12, 2006. *Reversed* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Becker and Ellington, JJ.

[No. 58648-3-I.   Division One.   December 3, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. AUGUSTINE PATRICK WILLIAMS, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-01947-9, Steven J. Mura, J., entered July 11, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 58666-1-I.   Division One.   December 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KIM BACA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-1-03226-6, Douglas D. McBroom, J., entered July 10, 2006. *Dismissed* by unpublished per curiam opinion.